UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTIN BENZINGER *on behalf of herself, individually, and on behalf of all other similarly-situated*,<br><br>            Plaintiff,<br>       -v-<br><br>LUKOIL PAN AMERICAS, LLC, and<br>LITASCO S.A.,<br><br>            Defendants. | 16 Civ. 8533 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

  On March 20, 2020, the Court issued an opinion and order granting defendants' motion for summary judgment on all of plaintiff Kristin Benzinger's NYSHRL and NYCHRL claims and dismissing defendant Litasco S.A. as a party, but denying defendants' motion as to Benzinger's FLSA and NYLL claims. Dkt. 89. The Court also directed the parties to file a joint letter apprising the Court of the anticipated length of trial and explained that, barring notice that the case is on track for a prompt settlement, the Court would set a schedule for submissions of a Joint Pretrial Order and other required pretrial filings set forth in the Court's Individual Rules. *Id.* at 50. On March 30, 2020, the parties filed a joint letter, estimating that trial would take 6 days from jury selection through verdict and representing that counsel in this case would be unavailable for trial during portions of May, June, July, and September. Dkt. 90. The letter did not mention settlement. *See id.*

  Accordingly, the Court sets a deadline of May 1, 2020, for the parties' proposed joint pretrial order and any other pretrial filings required by the Court's Individual Rule 5.A–B. Any filings in opposition will be due May 8, 2020, pursuant to the Court's Individual Rule 5.D.

Unless otherwise ordered, courtesy copies shall be submitted via email to

[EngelmayerNYSDChambers@nysd.uscourts.gov](mailto:EngelmayerNYSDChambers@nysd.uscourts.gov), not in hard copy.

Due to the impact of COVID-19 on the Court's criminal trial schedule, the Court will not set a trial date at this time. However, the Court's staff will reach out to counsel following submission of all pretrial filings to set a prompt trial date.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: March 31, 2020
New York, New York