

Adam E. Collyer
77 Water Street, Suite 2100
New York, New York 10005
Adam.Collyer@lewisbrisbois.com
Direct: 646.783.1723

April 24, 2020

File No. 30408.31

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *Benzinger v. Lukoil Pan Americas, LLC*
          Docket No. 16-CV-8533 (PAE)

Dear Judge Engelmayer:

    We represent Lukoil Pan Americas, LLC, the remaining defendant in this action. We write today on behalf of all parties to respectfully request an extension of time to submit the proposed joint pretrial order and required pre-trial filings as set forth in Sections 5(A) and (B) of the Court's Individual Rules, from May 1 to May 15, 2020. This is the first such request and will have no effect on any pending deadlines.

    The parties are working diligently on the joint pretrial order and are continuing to work individually on their filings, including prospective motions *in limine*, as well as proposed voir dire and jury charges. The additional time will permit the parties to address all issues and provide a comprehensive set of submissions for the Court's review.

    We thank the Court for its consideration of this request

          Respectfully,

          *Adam E. Collyer*

          Adam E. Collyer of
          LEWIS BRISBOIS BISGAARD & SMITH LLP

The Honorable Paul A. Engelmayer
April 24, 2020
Page 2


AEC
cc:     *All counsel of record*


4/27/2020

Granted.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge