**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------x
**KRISTIN BENZINGER, on behalf of herself, individually,**
**and on behalf of all others similarly-situated,**

             **Plaintiff,**                **Civ. No.: 16-CV-8533**

      **- v. -**                    **NOTICE OF MOTION**

**LUKOIL PAN AMERICAS, LLC and**
**LITASCO SA,**

             **Defendants.**
-------------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that upon the annexed affirmation of Gabrielle Vinci, Esq.,

dated May 15, 2020, and all the pleadings heretofore had herein, the plaintiff, Kristen Benzinger,

by her attorneys, Nesenoff & Miltenberg, LLP and Goddard Law, P.L.L.C., will move this Court,

before the Honorable Paul A Englemayer, United States District Judge, for the Southern District

of New York at the Thurgood Marshall United States Courthouse located at 40 Foley Square,

New York, New York 10007 on such date as is convenient for the Court, for an Order precluding

Defendant from calling any witnesses not previously identified throughout discovery, together

with such other and further relief as the Court deems just and proper.

Dated: May 15, 2020
      New York, New York             Respectfully Submitted,

                                  /s/ Megan Goddard
                                  MEGAN GODDARD
                                  Goddard Law, P.L.L.C
                                  39 Broadway, Suite 1540
                                  New York, New York 10006

                                  /s/ Gabrielle Vinci
                                  GABRIELLE VINCI
                                  Nesenoff & Miltenberg, LLP

1

363 Seventh Avenue
New York, New York 10001