UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
KRISTIN BENZINGER, on behalf of herself, individually,
and on behalf of all others similarly-situated,

                Plaintiff,                         Civ. No.: 16-CV-8533

     - v. -

LUKOIL PAN AMERICAS, LLC and
LITASCO SA,

                Defendants.
-------------------------------------------------------------------------------x

### DECLARATION OF GABRIELLE M. VINCI, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE*

**GABRIELLE M. VINCI, ESQ.** hereby declares subject to the penalties of perjury pursuant to 28 U.S. C. § 1746:

1.     I am admitted to practice in the courts of the State of New York and am a member of the Bar of this Court.  I am an associate at the law firm of Nesenoff & Miltenberg, LLP, attorneys for the plaintiff, Kristin Benzinger ("Plaintiff").

2.     I am fully familiar with the facts and circumstances set forth below based upon my personal knowledge and my review of the files maintained by Nesenoff & Miltenberg LLP.

3.     I submit this Declaration in support of Plaintiff's Motion *in Limine* and to provide the Court with copies of the exhibits identified and referred to in Plaintiff's supporting memorandum of law, as follows:

4.     Exhibit 1 is a copy of Defendant Lukoil's Initial Disclosures servered pursuant to Fed. R. Civ. P. 26.

5.      Exhibit 2 is a copy of Defendant Lukoil's response and objections to Plaintiff's

First Set of Discovery Demands.

6.      Exhibit 3 is a copy of the parties' filed proposed joint pre-trial order.


**Dated: New York, New York**
    **May 15, 2019**

          **NESENOFF & MILTENBERG, LLP**
          *Attorneys for Plaintiff*

          **By: /s/ Gabrielle Vinci**
              **Gabrielle Vinci, Esq.**
              **363 Seventh Avenue – 5th Floor**
              **New York, New York 10001**
              **212.736.4500**