Close Window



## COLUMBIA UNIVERSITY
### IN THE CITY OF NEW YORK
is an equal opportunity / affirmative action employer.

## Application for Employment

Columbia University does not discriminate against employees or applicants for employment on the basis of race, color, sex, gender, religion, creed, national and ethnic origin, age, citizenship, status as a perceived or actual victim of domestic violence, disability, marital status, sexual orientation, status as a Vietnam era or disabled veteran, or other legally protected status

| Requisition Number: | Job Title: |
|---|---|
| 075870 | Director, The President's House |

## Personal Information

| Last Name: | First Name: | Middle Name: | Email: | | |
|---|---|---|---|---|---|
| Benzinger | Kristin | Lee | kristin.benzinger@gmail.com | | |
| Address (Line 1): | Address (Line 2): | | City: | State: | Zip Code: |
| 22 Briar Hill Dr. | | | Yonkers | NY | 10710 |
| Contact Phone: | Work Phone: | International Contact Information: | | | |
| 203-893-5043 | | | | | |

| Are you authorized to work in the United States? | Did you graduate from high school or receive your GED? |
|---|---|
| Yes | Yes |
| Are you currently a regular Columbia University employee? | If you are employed at Columbia University but are not currently a regular employee at Columbia University, what category of employee are you currently? |
| No | NA |
| If you do not work at Columbia University currently, have you been employed by Columbia University previously? | If no, enter NA, otherwise indicate when, what department, and your reason for leaving? |
| No | NA |
| Is any member of your family currently employed by Columbia University? | If yes, please list name and relationship: |
| No | |
| Have you ever been convicted of a crime? | If yes, please give the date and describe the nature and circumstances of the crime: |
| No | |
| Do you authorize Columbia University to secure references on your performance and ability from your present employer? | Do you authorize Columbia University to secure references on your performance and ability from your former employer? |
| No | No |

How did you hear about us?
- Advertisement for a specific job opening (name of publication/site)
- Columbia Employment Information Center (Broadway and 125th Street)
- From a Columbia University Employee (name)
- Internet site (name of site)
- X  Other (please specify)  **The Duncan Group** Katrina Job Site

## Education

| Name of High School: | Address: |
|---|---|
| Lakeland Regional High School | 205 Conklintown Rd, Wanaque, NJ 07465 |

| Name of School: | Major (if applicable): | Did you graduate? | Dates Attended: | Degree (if applicable) or number of college credits earned: |
|---|---|---|---|---|
| Schiller International University Heidelberg, Germany | International Business Administration | Yes | From: 09-2002 To: 12-2005 | Bachelor of International Business Adminstration |
| | | No Response | From: | |

CU001

|  |  |  | To: |  |
|---|---|---|---|---|
|  |  | No Response | From:<br>To: |  |

## Work Experience

| Employer Name:<br>Morgan Joseph Triartisan<br>New York, NY | Your Position Title:<br>Executive Assistant | Dates Employed:<br>From: 01-2007<br>To:   03-2013 | Ending Salary: |
|---|---|---|---|
| Supervisor Name:<br>John A. Morgan | Supervisor Title:<br>Chairman | Reason for Leaving:<br>After 6 years it was time for a new challenge. | |

Your Responsibilities:

Calendar Management
Client Correspondence
Relationship Management
Operations Support
Liaise with Board Members, clients and outside contractors
Oversee installation of databases, accounting software, and filing systems.
Property Management
Yacht Construction & Management
Financial Records
Project Management
Event Planning
Tech Support

| Employer Name:<br>Lukoil Pan Americas LLC<br>New York, NY | Your Position Title:<br>Executive Assistant | Dates Employed:<br>From: 05-2013<br>To: | Ending Salary: |
|---|---|---|---|
| Supervisor Name:<br>Simon Fenner | Supervisor Title:<br>Managing Director | Reason for Leaving:<br>Due to management changes and an uncertain political climate and sanctions against Russia I am proactively seeking a new opportunity. | |

Your Responsibilities:

Calendar Management
Client Correspondence
Relationship Management
Operations Support
Liaise with Headquarters in Geneva
Oversee installation of databases and filing systems
Financial Records
Account reconciliation
Project Management
Event Planning
Tech Support

| Employer Name: | Your Position Title: | Dates Employed:<br>From:<br>To: | Ending Salary: |
|---|---|---|---|
| Supervisor Name: | Supervisor Title: | Reason for Leaving: | |

Your Responsibilities:

| Employer Name: | Your Position Title: | Dates Employed:<br>From:<br>To: | Ending Salary: |
|---|---|---|---|
| Supervisor Name: | Supervisor Title: | Reason for Leaving: | |

CU002

Your Responsibilities:

## Other Information

| Availability (please check all that apply): | | Office Skills (please check all that apply): | |
|---|---|---|---|
| X Days | Third Shift | X Accounting | Grant Writing |
| X Nights | Flex/Academic Year | X Billing-Accounts Payable | X Scheduling |
| X Weekend Work | Rotating Shifts | X Billing-Accounts Receivable | X Transcription |
| Second Shift | Part-time | X Editing | X Typing |

| Computer Skills (please check all that apply): | | Research Disciplines In Which You Have Previous Experience (please check all that apply): | |
|---|---|---|---|
| X Adobe Photoshop | X Microsoft Powerpoint | Biochemistry | Neurosciences |
| X Desktop Publisher | X Microsoft Word | Anesthesiology | Regulatory Affairs |
| HTML | Statistical Programs (SAS, SPSS) | Microbiology | Surgical Technology |
| X Microsoft Access | X System Administration | Molecular Biology | |
| X Microsoft Excel | Web Programming | | |
| X Microsoft Outlook | Web Design | | |

| Internal Columbia Skills (please check all that apply): | Other Skills (please check all that apply): | |
|---|---|---|
| Payroll | X Bilingual/Interpretation | X Food Service |
| Financial | Carpentry | X Housekeeping |
| Student Services | X Driver's License | X General Mechanical |

Please indicate any other experience, interests, or talents that will assist us in helping you gain employment with Columbia University:

I seek to strike a balance between a friendly, helpful coordinator to the team and no nonsense administrative powerhouse. I am passionate about all things people-related and would like to find more efficient, out-of-the-box, impressive ways of improving current processes. I am graphic design and video editing savvy, and I hope to be your next creative strategic right-hand person.

## Supplemental Questions

Have you been laid off from Columbia University within the past twelve months?
**No**

If you were laid off, please enter the date of layoff:

Certain positions may require that the finalist(s) undergo a background check, which may include a criminal conviction check, Social Security number verification, education and employment history verification, an employment reference check, consumer credit check and testing for current illegal drug use.

## Agreement

I certify that all information I have given, including on the master application and in any attachments, is true and correct to the best of my knowledge. I understand that misrepresentation and/or withholding of information may be considered just cause for discharge and / or being removed from consideration for a position.

BY SIGNING BELOW, I certify that I have read and agree with these statements.

**Kristin Lee Benzinger**                            2/16/15

Applicant's Signature                                 Date

Close Window

CU003