Gmail - Separation Agreement                                    https://mail.google.com/mail/u/0/?ui=2&ik=f14218da06&view=pt&q...



k benz <kristin.benzinger@gmail.com>

## Separation Agreement
3 messages

**FENNER Simon** <SFENNER@lukoil-us.com>                         Fri, Feb 6, 2015 at 9:07 AM
To: "kristin.benzinger@gmail.com" <kristin.benzinger@gmail.com>
Cc: OHR Clara <COHR@lukoil-us.com>, DIEHL Jennifer <JDIEHL@lukoil-us.com>, AKINSHINA Irina <IAKINSHINA@litasco.ch>

Dear Kristin,

We hope you have been giving serious consideration to the attached Settlement Agreement we presented to you on Tuesday. As discussed, I have no ability to consider your proposed overtime payout without any evidentiary record from you to support your figure. We may be willing to increase our proposal if you provide us with a written methodology.

We hope to hear back from you soon, but our offer of the Settlement Agreement with the possibility of a further-negotiated Special Severance Payment is withdrawn if we do not hear back from you by the close of business on Tuesday (2/10/15).

Best Regards

Simon

---

**From:** FENNER Simon
**Sent:** Tuesday, February 03, 2015 10:55 PM
**To:** kristin.benzinger@gmail.com; BENZINGER Kristin
**Cc:** OHR Clara; AKINSHINA Irina; DIEHL Jennifer
**Subject:** Separation Agreement draft

Dear Kristin,

Please find attached a proposed draft Settlement Agreement between Lukoil Pan Americas, LLC (LPA) and you that reflects the numbers I proposed to you in the attached spreadsheet I e-mailed to you last Wednesday. While we believe that we have credible support for the position that you are, in fact, an exempt employee under New York State labor laws, we are proposing this settlement in the interests of progressing a reasonable and expedient solution for both sides.

We will not be able to entertain your proposed payment of 475 overtime hours without back up and an explanation of how you determined this figure.

Thank you for your service to LPA.



PLAINTIFF'S
EXHIBIT NO. 7
FOR IDENTIFICATION
Sept 26, 2018
DATE:        RPTR: 53

Best regards

Simon

This message and any attachments (the "message") are intended solely for the addressees and are confidential. If you receive this message in error, please delete it and immediately notify the sender. Any use not in accord with its purpose, any dissemination or disclosure, either whole or partial, is prohibited except formal approval. The Internet cannot guarantee the integrity of this message. LITASCO SA (and for its subsidiaries and/or its affiliates) shall (will) not therefore be liable for the message if modified.

2 attachments

 2015-02-02_LPA - KB Settlement Agmt. (LPA).docx
32K

 2015-01-28_LPA-proposed KB OT Calculation (SF).xlsx
12K

---

**k benz** <kristin.benzinger@gmail.com>  Sat, Feb 7, 2015 at 11:31 AM
To: FENNER Simon <SFENNER@lukoil-us.com>
Cc: OHR Clara <COHR@lukoil-us.com>, DIEHL Jennifer <JDIEHL@lukoil-us.com>, AKINSHINA Irina <IAKINSHINA@litasco.ch>

Dear Simon,

I am currently seeking appropriate council and will need more than 5 business days to respond. I propose a new response deadline of 2/25/15. Please let me know if that would be acceptable to you.

Best regards,

Kristin

[Quoted text hidden]

---

**FENNER Simon** <SFENNER@lukoil-us.com>  Sat, Feb 7, 2015 at 8:22 PM
To: k benz <kristin.benzinger@gmail.com>
Cc: OHR Clara <COHR@lukoil-us.com>, DIEHL Jennifer <JDIEHL@lukoil-us.com>, AKINSHINA Irina <IAKINSHINA@litasco.ch>

Dear Kristin,
That is fine. Give me a call if you would like to discuss.
Rgds
Simon