# Gmail

k benz <kristin.benzinger@gmail.com>

## Question
14 messages

**k benz** <kristin.benzinger@gmail.com>                                         Tue, Jan 6, 2015 at 6:35 PM
To: Serkan Dospil <sdospil@riotgames.com>, Melanie McCracken <mmccracken@riotgames.com>

Dear Serkan, Dear Melanie,

I was hoping you could share a bit more insight on the typical time line for decision making after an onsite? I received a job offer from another opportunity and I absolutely want to hold off from making a decision as I am extremely interested in becoming a Rioter. After spending many hours over the holiday's playing Janna and other champions I firmly believe that LOL is an awesome game and Riot has a culture that I would like to be a part of.

I fully respect the process and not looking to rush anyone but wanted to be transparent about my situation. Any insight you could provide would be most appreciated.

Hope all is well!

Best,

Kristin

**Serkan Dospil** <sdospil@riotgames.com>                                        Tue, Jan 6, 2015 at 6:56 PM
To: k benz <kristin.benzinger@gmail.com>
Cc: Melanie McCracken <mmccracken@riotgames.com>

Hey Kristin!

Thanks for reaching out to us and explaining your situation. The timeline for the decision making process tends to be fairly short - we should have some info for you early the following week after your onsite. Naturally, every candidate is unique - but generally this is the case. :)

We're looking forward to seeing you next Friday!

-Serkan

[Quoted text hidden]

**Serkan Dospil // Riot Games // Talent Champion**

**k benz** <kristin.benzinger@gmail.com>                                         Tue, Jan 6, 2015 at 7:18 PM
To: Serkan Dospil <sdospil@riotgames.com>
Cc: Melanie McCracken <mmccracken@riotgames.com>

Hi Serkan,

**P 00191**

Thank you so much for the speedy response and info!

See you Friday!

All best,

Kristin
[Quoted text hidden]

---

**Melanie McCracken** <mmccracken@riotgames.com>                     Tue, Jan 6, 2015 at 7:54 PM
To: k benz <kristin.benzinger@gmail.com>

Hey lady,
What's your timeline with the other offer? If necessary we can always pull your onsite forward- we really want to make this happen!
:)

Sent from my iPhone
+1 910 232 2729
[Quoted text hidden]

---

**k benz** <kristin.benzinger@gmail.com>                             Tue, Jan 6, 2015 at 8:27 PM
To: Melanie McCracken <mmccracken@riotgames.com>

Hi there,

Thank you for the vote of confidence. In between games I am looking for apartments in Santa Monica :-D.... Super excited for Sunshine.

I am going to have a conversation with the other opportunity tomorrow and see if they will agree to hold the offer till the evening of 1/16 worst case or 1/20 best case.

I realize there is planning and scheduling around an onsite and I look forward to the full experience! I will be back to you with a confirmed timeline tomorrow. I hope to keep the plan for the onsite the same to minimize the inconvenience for everyone.

Thank you again!

All best,

Kristin
[Quoted text hidden]

---

**Melanie McCracken** <mmccracken@riotgames.com>                     Tue, Jan 6, 2015 at 8:32 PM
To: k benz <kristin.benzinger@gmail.com>

If the interview is on 1/16, we'll need at least 1 business day to gather everyone's written feedback. If possible, the 20th would be a more realistic date to speak with the other opportunity.
ALSO - it's so warm and sunny here in LA and not even the slightest chance of snow!
:)
M

[Quoted text hidden]
--

**Melanie McCracken**

**Regional**

E: mmccracken@riotgames.com

C: 323.205.5241

Skype: melaniemccracken.riot

Summoner name: HeartThenBubbles



www.riotgames.com

---

**k benz** <kristin.benzinger@gmail.com>                                          Tue, Jan 6, 2015 at 8:38 PM
To: Melanie McCracken <mmccracken@riotgames.com>

Snowed an inch here today... ;-) Will be back to you tomorrow with the response re: date. Have a great night!

All best,

Kristin
[Quoted text hidden]

---

**k benz** <kristin.benzinger@gmail.com>                                          Thu, Jan 8, 2015 at 8:01 PM
To: Melanie McCracken <mmccracken@riotgames.com>

Dear Melanie,

We are good to go for the 16th. The other opportunity was at not thrilled with the idea of the 20th of Jan decision deadline. They reserved the right to entertain other candidates (a common pressure tactic...) I highly doubt they find someone in a week. It is a small risk I am willing to take. I don't see the sense in changing the date. Super excited for next Friday!!!

All best,

Kristin
[Quoted text hidden]

---

**Melanie McCracken** <mmccracken@riotgames.com>                                  Thu, Jan 8, 2015 at 8:58 PM
To: k benz <kristin.benzinger@gmail.com>

Speaking from experience on this front - they're miracle workers if they're able to find a replica of you in one week.  ;)

Can I ask what your biggest motivators are?  We'd like to make sure that we're able to address those points to which you're most invested in - whether it's workplace culture or work-life balance or compensation.  Either way, we're very excited to meet with you!
Melanie
[Quoted text hidden]

---

**k benz** <kristin.benzinger@gmail.com>                                          Fri, Jan 9, 2015 at 8:30 PM
To: Melanie McCracken <mmccracken@riotgames.com>

Dear Melanie,

Thanks for the compliment :-)

Here is my list:

**Motivators Ranking**

1. The Culture
   a. People
   b. Community
   c. Challenging and interesting work environment
   d. Supporting Creativity
2. Learning Opportunities
   a. Riot U
   b. Gaming – reaching level 30!
3. Doing what I love
4. Getting paid enough so I can focus on the job itself – being an awesome EA
5. Playing more GAMES!

All best,

Kristin

[Quoted text hidden]

---

**Melanie McCracken** <mmccracken@riotgames.com>                                    Tue, Jan 13, 2015 at 6:14 PM
To: k benz <kristin.benzinger@gmail.com>

Thanks for this insight!  It has really helped me prep the panel.  We're really looking forward to having you onsite this
Friday.  Please let me know if there are any last minute questions?
Best,
Melanie
Cell:  323.205.5241
[Quoted text hidden]

---

**k benz** <kristin.benzinger@gmail.com>                                             Tue, Jan 13, 2015 at 8:39 PM
To: Melanie McCracken <mmccracken@riotgames.com>

Hi Melanie,

Thank you for the note! Is there anything I can do or think about to prepare for the full day experience? Could you tell me
who will I be meeting with? I'm ready. Can't wait! Super excited :-)

All best,

P 00194

Kristin
[Quoted text hidden]

---

**Melanie McCracken** <mmccracken@riotgames.com>                                    Thu, Jan 15, 2015 at 9:50 PM
To: k benz <kristin.benzinger@gmail.com>

Sorry this is coming so late!  The full day experience goes by pretty quickly - it seems like a lot, but everyone says that it flies by!  You'll be meeting with a great panel of Rioters, they've all be prepped with your background so you'll be able to dive into some meaty questions :)

Schedule:
09:30am - 10:00am  | Melanie McCracken (Scheduling Test)
10:00am - 11:00am  | Stuart Cho (HR, Korea)
11:00am - 12:00pm  | Woojong Lee (Sr. Strategy)
12:00pm - 01:30pm  | *LUNCH* Wilson Chang (Ambassador in Regional)
01:30pm - 02:00pm  | Break/Tour
02:00pm - 03:00pm  | Nancy Hilpert (Sr. Recruiter)
03:00pm - 04:00pm  | Hyo Davis (EA to CEO, Marc Merrill)

We're looking forward to seeing you tomorrow!  I'll be able to answer any questions you may have when we meet in the morning.  Can you give me a call when you arrive, and I'll come down to get you.  It's best to come around 9:15, so we can get you settled before starting the day.
323.205.5241

You can walk to our offices from the hotel (about a 6 minute walk) or you can expense a cab.  Our address is 2450 Broadway and you'll head to the Lobby for check in.  Give me a call if you get lost!

Melanie
[Quoted text hidden]

---

**k benz** <kristin.benzinger@gmail.com>                                           Fri, Jan 16, 2015 at 12:51 AM
To: Melanie McCracken <mmccracken@riotgames.com>

Just landed. Confirmed recieved. Thank you for the detailed agenda. See you tomorrow. Will try not to get lost! :-)

-Kristin

[Quoted text hidden]